UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| AARON CORNELL ROBINSON, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | Case No. 1:24 CV 238 CDP |
| | ) | |
| GREGORY HANCOCK, | ) | |
| | ) | |
| Respondent. | ) | |

## **MEMORANDUM AND ORDER**

Petitioner moves for free copies of the record in his underlying state criminal case in connection with an appeal filed in this § 2254 successive habeas case.  [18]. On January 15, 2025, I denied and dismissed petitioner's habeas petition under 28 U.S.C. § 2254 as successive.  ECF 3, 4.  On September 24, 2025, I denied two motions in this closed case, concluding once again that this case remains a successive habeas petition and, as such, petitioner was required to obtain authorization from the United States Court of Appeals for the Eighth Circuit.  ECF 10.  Because he had not obtained authorization, the Court was unable to consider his petition.  *Id.*  I also denied a certificate of appealability.  *Id.*

Petitioner filed a notice of appeal of the September 24, 2025, Memorandum and Order, ECF 11, and sought leave to proceed in forma pauperis on appeal.  ECF 12.  However, the Court certified that an appeal would not be taken in good faith

and denied the motion for leave to proceed in forma pauperis on appeal.  ECF 13.

Because the Court previously denied petitioner leave to proceed in forma pauperis on appeal, the Court cannot provide petitioner with free copies of documents.  Moreover, the requested documents are not part of this file as petitioner did not file them with his habeas petition and the respondent was never ordered to file the state court record.

Accordingly,

**IT IS HEREBY ORDERED** that petitioner's motion for free copies [18] is denied.


_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 3rd day of November, 2025.